# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-1250**  **September Term, 2007**

**Filed On: February 15, 2008**

[1099358]

Sierra Club,
       Petitioner

    v.

Environmental Protection Agency and Stephen L. Johnson, Administrator,
       Respondents

---

York County Solid Waste and Refuse Authority and Integrated Waste Services Association,
       Intervenors

**BEFORE:** Randolph, Tatel, and Garland, Circuit Judges

## O R D E R

Upon consideration of the motion for voluntary remand, the opposition thereto, and the reply, it is

**ORDERED** that the motion for voluntary remand be granted to allow the Environmental Protection Agency to review its "Standards of Performance for New Stationary Sources and Emission Guidelines for Existing Sources: Large Municipal Waste Combustors." 71 Fed. Reg. 27,324. The agency is not required to admit legal error as a precondition for remand. See Ethyl Corp. v. Browner, 989 F.2d 522, 524 (D.C. Cir. 1993). Further, the appropriate remedy for an agency's delay in issuing a final decision is mandamus. See Natural Resources Defense Council v. EPA, 489 F.3d 1364, 1375 (D.C. Cir. 2007).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

By:
Deputy Clerk